UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 20 AM 7: 18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

GUIDO EDUARDO RENGIFO BENITEZ

V.                                CIVIL NO. 98-2392 (RLA)

AUTORIDAD DE LOS PUERTOS
DE PUERTO RICO

# O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 9/15/99   Docket # 15<br>[X] Plff.<br>Title: MOTION TO PRECLUDE EXPERT WITNESS TESTIMONY | GRANTED. |

| MOTION | RULING |
|---|---|
| Date Filed: 9/15/99   Docket # 16<br>[X] Plff.<br>Title: MOTION FOR RESPONSIBILITY BE ADMITTED... | Unless otherwise indicated by defendant, the admission is limited to control over the air conditioning unit and responsibility for its maintenance; not an admission of liability. |

September 17, 1999                RAYMOND L. ACOSTA
Date                              U.S. District Judge

Rec'd:        EOD:

By:           # 17