
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT 27 PM 2: 5:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

GUIDO E. RENGIFO BENITEZ,

    Plaintiff,

v.     CIVIL NO. 98-2392 (RLA)

AUTORIDAD DE LOS PUERTOS DE
PUERTO RICO, et al.,

    Defendants.

## OMNIBUS ORDER

The following matters pending in this action are hereby disposed of as follows.

**Defendants' Expert Witnesses**

Defendant's Motion for Reconsideration... filed on September 23, 1999 (docket No. **18**) and Second Motion for Reconsideration, filed on October 5, 1999 (docket No. **19**) are **GRANTED** as follows.

Plaintiff's medical examination shall be conducted **no later than November 30, 1999** and the expert's report shall be made available to opposing counsel **no later than December 20, 1999**. Plaintiff shall be given sufficient advance notice of the appointment in order to make the necessary traveling arrangements. The deposition of all expert witnesses shall be concluded **no later than January 14, 2000**.

Accordingly, the parties shall be bound by the following deadlines and settings.[1]

---

[1] See Minutes of Settlement Conference Held on August 30, 1999 (docket No. 14).



AO 72
(Rev 8/82)

| | | |
|---|---|---|
| 11/30/99 | Deadline for plaintiff's medical examination. |
| 12/20/99 | Deadline for defendant's expert report. |
| 1/14/2000 | Deadline for depositions of expert witnesses. |
| 1/26/2000 | FURTHER SETTLEMENT CONFERENCE |
| 2/2/2000 | Deadline for filing JOINT PRETRIAL ORDER |
| 2/8/2000 | PRETRIAL CONFERENCE at **2:30 p.m.** |
| 2/11/2000 | Deadline for filing TRIAL BRIEF, PROPOSED JURY INSTRUCTIONS, PROPOSED VOIR DIRE and PROPOSED VERDICT FORM |

CIVIL NO. 98-2392 (RLA)                                                                 Page 2

| Date | Event |
|---|---|
| 11/30/99 | Deadline for plaintiff's medical examination. |
| 12/20/99 | Deadline for defendant's expert report. |
| 1/14/2000 | Deadline for depositions of expert witnesses. |
| 1/26/2000 | FURTHER SETTLEMENT CONFERENCE |
| 2/2/2000 | Deadline for filing JOINT PRETRIAL ORDER |
| 2/8/2000 | PRETRIAL CONFERENCE at **2:30 p.m.** |
| 2/11/2000 | Deadline for filing TRIAL BRIEF, PROPOSED JURY INSTRUCTIONS, PROPOSED VOIR DIRE and PROPOSED VERDICT FORM |

### Third-party Complaint

Defendant's Motion Requesting Leave to File Third Party Complaint, filed on October 5, 1999 (docket No. 20) is **DENIED**. The court finds no justification for the delay. Defendant was served with process in **December 1998** and the information pertaining to the maintenance of the air conditioning unit has always been in defendant's control.

This Order shall be notified by **FAX** and mail.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 22nd day of October, 1999.

_____
RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)