## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

GUIDO EDUARDO RENGIFO BENITEZ

V.                                    CIVIL NO. 98-2392 (RLA)

AUTORIDAD DE LOS PUERTOS
DE PUERTO RICO

RECEIVED & FILED
1999 DEC 28  AM 8 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

### O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 11/19/99   **Docket #** 22 <br><br> [X] Dft. AUTORIDAD DE LOS PUERTOS <br><br> **Title:** INFORMATIVE MOTION [re: plaintiff's failure to appear for medical evaluation and in the matter of deposition of plaintiff's expert witness] | **Noted.**  Defendant shall move the Court for an order to compel and/or for sanctions in the event that plaintiff incurs in any further dilatory conduct. |

December 22, 1999
**Date**

RAYMOND L. ACOSTA
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By:   # | 23 |

4