IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JAN 28 AM 7: 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

1  GUIDO E. RENGIFO BENITEZ,          '

2       Plaintiff,                     '
                                       '
3       v.                             '    CIVIL NO. 98-2392 (RLA)
                                       '
4  AUTORIDAD DE LOS PUERTOS DE         '
   PUERTO RICO, et al.,                '
5                                      '
                                       '
6       Defendants.                    '
   _____ '

7               **MINUTES OF SETTLEMENT CONFERENCE**
8                 **HELD ON JANUARY 26, 2000**

9       At the Settlement Conference held on January 26, 2000 from 2:30

10  p.m. to 3:30 p.m. plaintiff was represented by RENATO BARRIOS, ESQ.

11  and defendant AUTORIDAD DE LOS PUERTOS by ELBA M. BAEZ, ESQ.

12      Counsel for defendant advised that she had not been able to

13  respond to plaintiff's settlement demand because she was waiting for

14  her expert's assessment of plaintiff's condition.    Plaintiff's

15  medical evaluation and deposition were taken last week.    After

16  plaintiff's alleged damages and limitations resulting from the

17  accident were discussed in detail plaintiff advised that he is

18  willing to accept $45,000.00 in settlement subject to confirmation

19  by defendant **no later than January 27, 2000** at noon.

20      In the event that the parties do not reach a settlement

21  agreement, they are bound by the following deadlines set at the

22  August 30, 1999 Settlement Conference:

23

24  **2/2/2000**      Deadline for filing JOINT PRETRIAL ORDER

25  **2/8/2000**      PRETRIAL CONFERENCE at **2:30 p.m.**

26

CIVIL NO. 98-2392 (RLA)                                          **Page 2**

---

2/11/2000      Deadline for filing TRIAL BRIEF, PROPOSED JURY
               INSTRUCTIONS, PROPOSED VOIR DIRE and PROPOSED
               VERDICT FORM

****           Parties to mark evidence prior to trial

****           Parties to provide the court copy of all documents
               intended to be presented as evidence at trial.

**2/15/2000**      JURY TRIAL at **9:30 a.m.**


     IT IS SO ORDERED.

     In San Juan, Puerto Rico, this 27 day of January, 2000.

                                   _____
                                        RAYMOND L. ACOSTA
                                   United States District Judge