UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 FEB -8 AM 8 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

GUIDO EDUARDO RENGIFO BENITEZ

V.                          CIVIL NO. 98-2392 (RLA)

AUTORIDAD DE LOS PUERTOS
DE PUERTO RICO

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 12/3/2000  Docket # 25<br>[X] Plff.<br><br>Title: MOTION REGARDING SETTLEMENT | **GRANTED.** The settlement stipulation shall be filed **on or before February 18, 2000.**<br><br>The PRETRIAL/SETTLEMENT CONFERENCE set for February 8, 2000 and TRIAL set for February 15, 2000 are hereby **CONTINUED.** |

February 4, 2000          RAYMOND L. ACOSTA
     Date                 U.S. District Judge

Rec'd:          EOD:

By:       # 26