IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GUIDO E. RENGIFO BENITEZ,

    Plaintiff,

    v.                              CIVIL NO. 98-2392 (RLA)

AUTORIDAD DE LOS PUERTOS DE
PUERTO RICO, et al.,

    Defendants.

## JUDGMENT

The Settlement Stipulation and General Release, filed by the parties on March 1, 2000 (docket No. **27**) is hereby **APPROVED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that the parties be and the same are bound by the terms of their Settlement Stipulation and General Release which are incorporated herein in extenso.

It is further ORDERED AND ADJUDGED that defendant shall pay plaintiff the settlement amount of **$40,000.000** no later than twenty days after the date of execution of the Settlement Stipulation and General Release.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this ___ day of March, 2000.

                                        RAYMOND L. ACOSTA
                                  United States District Judge

RECEIVED & FILED
'00 MAR -6 AM 7:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

AO 72
(Rev 8/82)